# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER TANIMURA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 16-cv-02224-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

On May 9, 2017, Plaintiff filed a notice of settlement with the last defendant remaining in this case, Experian Information Solutions, Inc. (ECF 68), stating that the parties expected to finalize a settlement within thirty days. More than thirty days has elapsed and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement. Plaintiff is hereby ordered to show cause in writing and on or before June 28, 2017 why the Court should not dismiss Experian Information Solutions, Inc. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian Information Solutions, Inc. and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: June 14, 2017

_____
BETH LABSON FREEMAN
United States District Judge